UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :   INDICTMENT

    -v.-                            :   08 Cr.

JOSELITO LECLERC,
    a/k/a "Johnny Ortiz-Berrios,"
                              :

           Defendant.
                              :
- - - - - - - - - - - - - - - - - - x

**08 CRIM 542**

## COUNT ONE

The Grand Jury charges:

On or about January 17, 2008, in the Southern District of New York and elsewhere, JOSELITO LECLERC, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been deported from the United States, to wit, on or about January 28, 2005, subsequent to a conviction for the commission of a felony, to wit, a conviction on or about December 3, 2002, in New York Supreme Court, New York County, for Criminal Possession of a Controlled Substance in the Second Degree, in violation of New York Penal Law 220.18, a Class A-II felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)

_____              _____
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney