AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

United States
V.
Joselito LeClerc

Case Number: 08 CR 542

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joselito LeClerc

I certify that I am admitted to practice in this court.

| 7/31/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Julia Gatto | JLG 1653 |
| | Print Name | Bar Number |

Federal Defenders - 52 Duane Street
Address

| New York | NY | 10002 |
|---|---|---|
| City | State | Zip Code |

| (212) 417-8750 | (212) 571-0392 |
|---|---|
| Phone Number | Fax Number |